IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 21-cv-02266-REB-SKC | Date: December 20, 2021 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*                                                                 *Counsel:*

CHRISTOPHER D. CARTER,                              Victor Metroff

   Plaintiff,

v.

CREDIT COLLECTION SERVICES, INC,            Hannah Engle

   Defendant.

## COURTROOM MINUTES

**HEARING: TELEPHONE RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:05 a.m.**
Court calls case. Appearances of counsel.

To the extent a protective order is needed, a motion with attached proposed protective order shall be filed no later than January 5, 2022.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **2** depositions
Depositions shall not exceed one day of seven hours.
Each side shall be limited to **15** interrogatories, **25** requests for production, and **10** requests for admission.
Joinder of Parties/Amendment of Pleadings: **January 25, 2022**
Discovery Cut-off: **July 18, 2022**
Dispositive Motions Deadline: **August 17, 2022**
Each side shall be limited to **2** expert witnesses including rebuttal experts.
Parties shall designate affirmative experts **on or before: May 19, 2022**
Parties shall designate rebuttal experts **on or before: June 17, 2022**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than June 13, 2022.**

**JOINT STATUS REPORT** shall be filed no later than **March 15, 2022**. Counsel shall refer to this Court's practice standards for the specific areas needing to be addressed in the report.

**ORDERED:**   Within 2 days after the Scheduling Conference, the parties, by way of plaintiff's counsel, shall contact Judge Blackburn's Chambers via a joint email (Blackburn_Chambers@cod.uscourts.gov) to obtain Final Pretrial/Trial Preparation Conference and Trial dates.

Counsel shall be familiar with the practice standards of the assigned District Court Judge and of Magistrate Judge Crews.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 11:12 a.m.**
Total time in court:     00:11

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.